UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| JESSE R. FULFER | ) | |
| | ) | |
|    *Petitioner*, | ) | |
| | ) | |
| v. | ) | No. 3:07-cv-90 |
| | ) | *Phillips* |
| STATE OF TENNESSEE | ) | |
| | ) | |
|    *Respondent*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED** and the petition for the writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available state court remedies. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R:**

                                                     s/ Thomas W. Phillips
                                                    United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT